William Keith McDANIEL *v*. STATE of Arkansas

CR 02-325]                                    72 S.W.3d 511

Supreme Court of Arkansas
Opinion delivered April 25, 2002

*Ray A. Waters*, for appellant.

No response.

PER CURIAM. Appellant William Keith McDaniel, by and through his attorney, has filed a motion for rule on clerk. His attorney, Ray A. Waters, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.